UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SYMQUEST GROUP, INC.,

MEMORANDUM AND ORDER

Plaintiff,                          CV 15-4200

-against-                                      (Wexler, J.)

CANON U.S.A., INC.,

Defendant.

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★     AUG 28 2015     ★

LONG ISLAND OFFICE

-----------------------------------------------------------X

APPEARANCES:

    GIBBONS P.C.
    BY:    Philip W. Crawford, Esq.
           Robert C. Brady, Esq.
           Christopher T. Basilo, Esq.
           Kevin W. Weber, Esq.
    Attorneys for Plaintiff
    One Pennsylvania Plaza, 37th Floor
    New York, NY 10119

    DORSEY & WHITNEY LLP
    BY:    Richard H. Silberberg, Esq.
           Christopher George Karagheuzoff, Esq.
           Dai Wai Chin Feman, Esq.
    Attorneys for Defendant
    51 West 52nd Street
    New York, NY 10019

WEXLER, District Judge:

This diversity action was commenced by Plaintiff Symquest Group, Inc. ("Symquest")

against Defendant Canon U.S.A., Inc. ("Canon") on July 17, 2015, alleging a number of claims

arising from Canon's termination of its Dealer Agreement with Symquest as a result of

-1-

Symquest's change in ownership.

Together with its Complaint, Symquest also filed a Proposed Order to Show Cause seeking a temporary restraining order and a preliminary injunction requiring Canon to: (1) allow Symquest to access Canon web portals, including the e-support site, the License Management site, the Image Ware Remote site, and the Image Runner Advance site; and (2) allow Symquest to purchase Canon-manufactured parts and supplies directly from Canon. These motions were referred to Magistrate Judge Locke for a Report and Recommendation. Following a two-day hearing, Magistrate Lock issued a thorough and extensive Report and Recommendation dated August 7, 2015, in which he recommended that Symquest's motion be denied for failure to demonstrate irreparable harm, as well as failure to establish that Symquest is likely to succeed on the merits of this action.

Magistrate Locke's Report and Recommendation advised the parties that any written objections were to be filed within fourteen days from the date of the Report and Recommendation. (R&R at 29.) The Report and Recommendation was dated and docketed on the Court's electronic filing system on August 7, 2015. To date, no objections have been received.

Accordingly, the time to file objections to the recommendation of Magistrate Locke having passed without receipt of any objections thereto, the Report and Recommendation is hereby adopted. Symquest's application for a temporary restraining order and preliminary injunction is denied.

**SO ORDERED:**

Dated: Central Islip, New York
      August **28**, 2015

                                     s/ Leonard D. Wexler

                                   LEONARD D. WEXLER
                                   United States Magistrate Judge